AO91 (Rev. 12/03)  Criminal Complaint
AUSA Rinku Talwar

# UNITED STATES DISTRICT COURT

SOUTHERN                   DISTRICT OF                   FLORIDA

UNITED STATES OF AMERICA
V.

MICHAEL SHANE RAGLAND
DESHAWN K. JAMES
AARON A. TAYLOR
MATTHEW JOSEPH ANDERSON
ELIZA RAMSDELL
(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

Case Number:  09-28-FJL

FILED by _____ D.C.

MAR 1 6 2009

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. PIERCE

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief.  On or about 12/11/07-2/22/08 in Martin, St. Lucie & Palm Beach Counties County, in
(Date)
the ___Southern___ District of Florida _____ defendant(s) did,

*(Track Statutory Language of Offense)*

interfere with commerce by threats or violence; and did knowingly use and carry a firearm during and in relation to a crime of violence

in violation of Title __18__ United States Code, Section(s) __1951 and 924(c)(1)__ .

I further state that I am a(n) __Special Agent, Florida Dept. of Law Enf.__ and that this complaint is based on the
Official Title
following facts:

PLEASE SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part of this complaint:  ☑ Yes  ☐ No

Signature of Complainant

**Special Agent Eric Jester**
Printed Name of Complainant

Sworn to before me and signed in my presence,

3/16/09                                    at    **Fort Pierce, Florida**
Date                                              City                                State

**Frank J. Lynch, Jr.**          **U.S. Magistrate**
Name of Judge               Title of Judge                 Signature of Judge

**AFFIDAVIT OF
ERIC JESTER
SPECIAL AGENT
FLORIDA DEPARTMENT OF LAW ENFORCEMENT**

I, Eric Jester, hereinafter being duly sworn, depose and say:

1.   I am a Special Agent for the Florida Department of Law Enforcement (hereinafter "FDLE"), assigned to the Fort Pierce, Florida Field Office.   I have been employed as an FDLE Special Agent since 2002.   Prior to my service with FDLE, I was a Deputy Sheriff/Detective for 6.5 years with the Martin County Sheriff's Office.   The following affidavit is based upon my personal knowledge, police reports, court documents, and interviews with other law enforcement officers and suspects.

2.   On December 11, 2007, at approximately 09:10 p.m., an armed robbery took place at the **Right Way Foods** located at 1880 SE Palm Beach Road, Stuart, Florida.   Right Way Foods is a statewide convenience store chain which obtains many of the products it sells to the public, such as cigarettes, wine, and frozen foods, from outside the state of Florida. The armed robbery was captured on store video surveillance cameras located inside the store.   I have reviewed the images obtained from those cameras for the night in question.   The following is a synopsis of what occurred at the Right Way Foods based on statements provided to the police by the victims of the robbery, and a review of the video surveillance images.

-1-

3.   At approximately 09:10 p.m. on December 11, 2007, two black males entered the above listed Right Way Foods.  The first male (suspect #1), described by victims as being approximately 6'0" in height, was carrying a large frame, black, semi-automatic handgun.  Suspect #1 was wearing a blue and red long sleeve shirt, jeans, ball cap, and a bandana covering his face.  Additionally, suspect #1 wore white, cotton type gloves.  The second male (suspect #2), described by victims as being approximately 5'0" in height, was wearing a light colored hooded sweatshirt covered by a black shirt, and possibly wearing sunglasses.  Suspect #1 pointed his handgun at the cash register clerk and ordered him to open the register. After the clerk opened the register, suspect #1 handed him a black bag and ordered him to place the money inside the bag. Suspect #2 ran behind the counter and grabbed five cartons of Newport cigarettes. Both suspects then left the store.  The suspects stole approximately $800.00 in cash and five cartons of cigarettes from the Right Way Foods.

4.   On December 14, 2007, at approximately 03:07 p.m., an armed robbery took place at the **Island Beverage** located at 9128 SE Bridge Road, Hobe Sound, Florida.  Island Beverage is a local convenience store which obtains many of the products it sells to the public, such as cigarettes and wine, from outside the state of Florida. The armed robbery was captured on store video surveillance cameras located inside the store. I have reviewed the images

-2-

obtained from those cameras for the night in question. The following is a synopsis of what occurred at the Island Beverage based on statements provided to the police by the victims of the robbery, and a review of the video surveillance images.

5.   At approximately 03:07 p.m. on December 14, 2007, two black males entered the above listed Island Beverage. The first male (suspect #1), described by victims as being approximately 6'2" and approximately 200 lbs, was carrying a large frame [possibly .45 caliber], black, semi-automatic handgun. Suspect #1 was wearing a black heavy jacket, blue jeans, black ball cap, and a bandana over his face. Additionally, suspect #1 wore white, cotton type gloves. The second male (suspect #2), described by victims as being approximately 5'7" and approximately 150 lbs, was wearing blue jeans and a gray and black hooded sweatshirt. Based upon a review of the store surveillance video, the suspects and clothing in this robbery are the exact same as the suspects and clothing in the Right Way Foods armed robbery described above. Suspect #1 pointed his handgun at the cash register clerk and ordered him to open the register and hand over money. Suspect #1 also grabbed the arm of a store patron, Michael Queen, and stopped Queen from leaving the store. After the clerk opened the register, suspect #1 handed him a black bag and ordered him to place the money inside the bag. Suspect #2 stood behind suspect #1 during the robbery. Suspect #1 then yelled "Nate," or a name similar to "Nate," and both suspects

-3-

left the store.  The suspects stole approximately $1000.00 in cash from the Island Beverage.

6.  On January 12, 2008, at approximately 09:46 p.m., an armed robbery took place at the **Shell Gas Station** located at 1308 SE Federal Highway, Stuart, Florida.  Shell is a statewide gas and convenience store chain which obtains many of the products they sell to the public, such as cigarettes, wine, and frozen foods, from outside the state of Florida.  The following is a synopsis of what occurred at the Shell based on statements provided to the police by the victims of the robbery, and a review of the evidence collected.

7.  At approximately 09:46 p.m. on January 12, 2008, a lone black male wearing a black short sleeve shirt, black pants, and a black mask entered the above listed Shell.  The suspect was described by victims as being approximately 6'0", and was carrying a small frame, black handgun.  The suspect pointed his handgun at the cash register clerk, forced the clerk behind the counter, and ordered him to open the register and hand over money.  After the clerk opened the register, the suspect gave the clerk a black bag and ordered him to place the money inside the bag.  The suspect stole approximately $394.00 from the Shell.  Law enforcement searched the area outside the gas station and found several articles of clothing that had been "dumped" by the suspect.  This

clothing consisted of a baseball cap with squinting eyes, a red, white, and black polo shirt, and two latex gloves.

8. On January 27, 2008, at approximately 10:02 p.m., an armed robbery took place at the **Texaco Gas Station** located at 11010 SE Federal Highway, Hobe Sound, Florida. Texaco is a statewide gas and convenience store chain which obtains many of the products it sells to the public, such as produce, wine, and frozen foods, from outside the state of Florida. The armed robbery was captured on store video surveillance cameras located inside the store. I have reviewed the images obtained from those cameras for the night in question. The following is a synopsis of what occurred at the Texaco based on statements provided to the police by the victims of the robbery, and a review of the video surveillance images.

9. At approximately 10:02 p.m. on January 27, 2008, two males entered the above listed Texaco. The first male (suspect #1), described by victims as being approximately 6'2" and having a stocky build, was carrying a black .22 or .25 caliber semi-automatic handgun. Suspect #1 was wearing a light colored camouflage hooded jacket and a black bandana over his face. The second male (suspect #2), described by victims as being approximately 6'0" and having a thin build, was wearing jeans, a light colored hooded jacket, and a dark bandana over his face. Suspect #1 pointed his handgun at the cash register clerk and ordered him to "put the money in the bag." Two store patrons were

-5-

also at the counter and they placed their hands into the air. After the clerk opened the register, the clerk placed the money inside a store bag. Suspect #2 went behind the counter and took several packs of Newport cigarettes. Both suspects then left the store. The victim provided a description of the vehicle as possibly a white Ford car. The suspects stole approximately $500.00 in cash and several packs of Newport cigarettes.

10. On January 29, 2008, at approximately 09:13 p.m., an armed robbery took place at the **Palm City Auto Lube** located at 3584 SW Armellini Avenue, Palm City, Florida. Palm City Auto Lube is a local gas and convenience store chain which obtains many of the products it sells to the public, such as produce, wine, and cigarettes, from outside the state of Florida. The following is a synopsis of what occurred at the Texaco based on statements provided to the police by the victims of the robbery.

11. At approximately 09:13 p.m. on January 29, 2008, two black males entered the above listed Palm City Auto Lube. The first male (suspect #1), described by victims as being approximately 6'0" in height and having a "sturdy" build, was carrying a small, black handgun with brown grips. Suspect #1 was wearing a black and white bandana over his face, black knit cap, black cotton gloves, and a black jacket. The second male (suspect #2), described by victims as being approximately 5'7" and having a thin build, was wearing jeans, black cotton gloves, black jacket,

-6-

a black and white bandana covering his face, and a black hat with green and yellow writing.  Suspect #1 pointed his handgun at a cash register clerk and other employees.  Suspect #1 handed the clerk a yellow plastic bag with black letters and ordered the clerk to put money and a carton of Newport cigarettes into the bag.  The clerk opened the register and placed the money and a carton of cigarettes inside the bag provided by Suspect #1.  Suspect #2 went behind the counter and took several cigars.  Both suspects then left the store.  The suspects stole approximately $365.31 in cash, a carton of Newport cigarettes, and several cigars from the Palm City Auto Lube.

12.  On February 2, 2008, at approximately 10:43 p.m., an armed robbery took place at the **A & M Discount Beverage** located at 200 S Whitney Drive, Jupiter, Florida.  A & M Discount Beverage is a statewide convenience store chain which obtains many of the products they sell to the public, such as produce, wine, and frozen foods, from outside the state of Florida.  The armed robbery was captured on store video surveillance cameras located inside the store.  I have reviewed the images obtained from those cameras for the night in question.  The following is a synopsis of what occurred at the A & M Discount Beverage based on statements provided to the police by the victims of the robbery, and a review of the video surveillance images.

-7-

13. At approximately 10:43 p.m. on February 2, 2008, a lone black male wearing a black short sleeve shirt, black bandana, black shoes, jeans, and a white cotton glove on his left hand entered the above listed A & M Discount Beverage. The suspect, who was described by victims as being approximately 6'3" and having a muscular build, was carrying a small frame, black handgun. The suspect pointed the handgun he was carrying at the cash register clerk and ordered him to open the register and hand over money. After the clerk opened the register, the clerk placed the money inside a white store bag. The suspect placed the handgun in his right front pants pocket and left the A & M Discount beverage. The suspect stole approximately $500.00 in cash was taken from the A & M Discount Beverage.

14. On February 3, 2008, at approximately 09:30 p.m., an armed robbery took place at the **BP Gas Station** located at 2802 S US Highway 1, Fort Pierce, Florida. BP is a statewide gas and convenience store chain which obtains many of the products they sell to the public, such as produce, wine, and frozen foods, from outside the state of Florida. The armed robbery was captured on store video surveillance cameras located inside the store. I have reviewed the images obtained from those cameras for the night in question. The following is a synopsis of what occurred at the BP based on statements provided to the police by the victims of the robbery, and a review of the video surveillance images.

-8-

15.  At approximately 09:30 p.m. on February 3, 2008, a lone black male wearing a gray, short sleeve shirt, blue jeans, and a red and black bandana over his face entered the above listed BP. The suspect, who was described by victims as being approximately 6'2" and approximately 210 lbs, was carrying a small frame, black handgun.  The suspect pointed the handgun at the cash register clerk and ordered him to open the register and hand over the money. After the clerk opened the register, the clerk placed the money inside a brown paper bag.  The suspect left the BP.  The suspect stole approximately $700.00 in cash.

16.  On February 18, 2008, at approximately 10:04 p.m., an armed robbery took place at the **Stop & Shop Food Store** located at 391 Seabrook Road, Tequesta, Florida.  Stop & Shop Food Store is a statewide convenience store chain which obtains many of the products they sell to the public, such as produce, wine, and frozen foods, from outside the state of Florida.  The following is a synopsis of what occurred at the Stop & Shop Food Store based on statements provided to the police by the victims of the robbery, and a review of the evidence collected.

17.  At approximately 10:04 p.m. on February 18, 2008, a lone black male wearing all black clothing and a black and white bandana over his face entered the above listed Stop & Shop Food Store.  The suspect, who was described by victims as being approximately 5'8" and approximately 200 lbs, was carrying a small frame, black, semi-

automatic handgun.   The suspect pointed the handgun he was carrying at the cash register clerk and ordered the clerk to give him the money.   The clerk handed the suspect a white Bank Atlantic bank bag that contained the money.   The suspect left the Stop & Shop Food Store.   The victim(s) described the suspect's vehicle as a dark color Jeep Cherokee.   The suspect stole approximately $3000.00 in cash and a pack of Newport cigarettes.   Law enforcement searched the area outside the store and discovered several articles of clothing that had been "dumped" by the suspect.   This clothing consisted of a black and white bandana, black rip-away pants, black slipper, black du-rag, black short sleeve shirt, and a black long sleeve shirt.

18.   On February 20, 2008, at approximately 11:54 p.m., an armed robbery took place at the **Shell Gas Station** located at 2799 N US Highway 1, Fort Pierce, Florida.   Shell is a statewide gas and convenience store chain which obtains many of the products they sell to the public, such as cigarettes, wine, and frozen foods, from outside the state of Florida.   The armed robbery was captured on store video surveillance cameras located inside the store.   I have reviewed the images obtained from those cameras for the night in question.   The following is a synopsis of what occurred at the Shell based on statements provided to the police by the victims of the robbery, review of the video surveillance images, and a review of the evidence collected.

19.   At approximately 11:54 p.m. on February 20, 2008, a lone black male wearing a white bandana over his face, a white long sleeve shirt, baggy blue jeans, and a white rag over his head entered the above listed Shell.   The suspect was described by victims as being approximately 6'0" and approximately 200 lbs, was carrying a small frame, black, semi-automatic [possibly .25 caliber] handgun.   The suspect pointed the handgun he was carrying at the cash register clerk and ordered him to hand over the money. The clerk handed the suspect a white plastic bag that contained the money.   The suspect demanded a pack of Newport cigarettes and the lottery money.   The suspect then left the Shell.   The suspect stole approximately $125.00 in cash and a pack of Newport cigarettes. Law enforcement searched the area outside the store and discovered several articles of clothing that had been "dumped" by the suspect(s).   This clothing consisted of a white bandanna, white long sleeve shirt, and brown cotton glove.

20.   On February 22, 2008, at approximately 01:34 a.m., an armed robbery took place at the **Chevron Gas Station** located at 1780 SW Saint Lucie West Boulevard, Port Saint Lucie, Florida.   Chevron is a statewide gas and convenience store chain which obtains many of the products they sell to the public, such as produce, cigarettes, and frozen foods, from outside the state of Florida. The armed robbery was captured on store video surveillance cameras located inside the store.   I have reviewed the images obtained from

those cameras for the night in question. The following is a synopsis of what occurred at the Chevron based on statements provided to the police by the victims of the robbery, review of the video surveillance images, and a review of the evidence collected.

21. At approximately 01:34 a.m. on February 22, 2008, a lone black male wearing a black ball cap with embroidered pattern, black short sleeve shirt, black and white shoes, dark color bandana, and jeans entered the above listed Chevron. The suspect, who was described by victims as being approximately 6'2" and approximately 235 lbs, was carrying a small frame, black, semi-automatic handgun. The suspect also had a dark color bandana wrapped around the hand with which he was holding the gun. The suspect pointed his handgun at the cash register clerk and ordered her to give him a pack of Newport cigarettes and all of the money, including lottery money. The clerk handed the suspect a brown paper bag that contained the money, including two plastic "money drop" bags of money. The suspect then ordered the clerk to the ground and swung the gun at her. The suspect then left the Chevron. The victim(s) stated that the suspect's vehicle was possibly a small, white, American-made sedan. The suspect stole approximately $970.00 in cash and a pack of Newport cigarettes. Law enforcement searched the area outside the store and found several articles of clothing that had been "dumped" by the suspect(s). This clothing consisted of a black short sleeve shirt, black and white Vans shoes with skulls [size

13.5], and a ball cap with microphone and cityscape embroidered on it. A cigarette butt identified by the victim(s) as having been dropped by the suspect was also collected as evidence.

22. On February 24, 2008, an armed robbery occurred at a 7-Eleven convenience store in Quakertown, Pennsylvania. Law enforcement arrested two males and one female for committing this robbery. The males arrested were Deshawn JAMES a/k/a "DZ," who is currently on felony probation in Martin County, Florida, and Michael RAGLAND a/k/a "Mills". The female arrested was Amber GEHRET, RAGLAND's girlfriend. All three individuals pleaded guilty to committing the 7-Eleven armed robbery. In addition, GEHRET agreed to fully cooperate with law enforcement regarding her knowledge of ten armed robberies of convenience stores/gas stations that occurred in and around the Martin County, Florida area between December 2007 and February 2008.

23. On January 13, 2009, SA Jester and Detective Michael Gerwan of the Stuart Police Department interviewed Amber GEHRET. The interview took place at a home for girls located at 109 N 2nd Avenue, Jeannette, Pennsylvania. Prior to the sworn, recorded interview, GEHRET read and signed a *Miranda* and Rights Waiver form. GEHRET explained her knowledge of the ten armed robberies that occurred in and around the Martin County area between December 2007 and February 2008. GEHRET stated that she lived in Port Saint Lucie for a year or so and then moved to 8865 SE Hobe Ridge Avenue,

-13-

Hobe Sound, Florida.  She lived at this residence with RAGLAND. GEHRET added that JAMES periodically stayed with them at well. GEHRET admitted that she was the driver for at least two of the robberies. GEHRET added that she was present for several additional robberies, and that at times, other people would commit the robberies while she and RAGLAND remained in the get-away car.  The two robberies in which GEHRET admitted being the driver were a gas station robbery, possibly in Fort Pierce, Florida, and a store in Jupiter, Florida. GEHRET was referring to the B.P. Gas Station in Fort Pierce and the A&M Discount Beverage Store in Jupiter.  During additional interviews with GEHRET, GEHRET reiterated that no one was physically injured in any robbery, and that no additional robberies were committed on the drive to Pennsylvania. On Friday, February 20, 2009, SA Jester received a telephone call from GEHRET. GEHRET stated that she contacted SA Jester because she continued to remember details of robberies and did not wish to withhold any information from SA Jester or appear untruthful.  As a result of the multiple conversations with GEHRET, the following information was developed:

24.  **BP Gas Station robbery**: GEHRET stated that Eliza RAMSDELL a/k/a "Pooh," Aaron TAYLOR a/k/a "Boston," GEHRET, and RAGLAND were present. GEHRET began by stating that she remembered being at an armed robbery in Fort Pierce, Florida and could not remember the name of the store, but described it as follows:  GEHRET stated that

-14-

she believed it was close to the Fort Pierce Police Department and added that police officers responded to the scene approximately thirty seconds after they left. GEHRET stated that the gas station was located on US 1 near a slightly wooded area and that when they drove away they turned down a street that curved and went over some railroad tracks. They then turned right onto a dark road, turned right again onto another road, and ended up back on US 1 where they proceeded to drive south to Hobe Sound. This description is consistent with the BP Gas Station robbery. The route driven away from the BP is consistent with traveling north on US 1, turning east on Savannah Road, south on Indian River Drive, west on Midway Road, then south on US 1. In addition, GEHRET stated that the clothing was thrown from the vehicle on Savannah Road and that the vehicle, a smaller four-door vehicle, belonged to JAMES' girlfriend. Further, GEHRET indicated that RAGLAND committed the robbery. SA Jester subsequently emailed photographs taken from the store surveillance video to GEHRET. GEHRET looked at the photographs and positively identified RAGLAND as the robber. GEHRET said that she, RAGLAND and JAMES participated in this robbery.

25. **A&M Discount Beverage robbery**: GEHRET stated that she drove and that RAGLAND, JAMES, and possibly Matthew ANDERSON, were present. The vehicle used in the A&M Discount Beverage robbery was a green Jeep Cherokee that they borrowed from Christi SCHAAF.

Additionally, GEHRET stated that she and JAMES took turns driving during this particular robbery. GEHRET positively identified RAGLAND from the store surveillance photos and called him a "fucking dumbass" because he did not have his face covered. GEHRET also reviewed photographs depicting the clothing recovered outside the A&M Discount Beverage following the robbery. GEHRET identified the do-rag as belonging to TAYLOR, and the pants as belonging to RAGLAND.

26. **Texaco Gas Station robbery**: GEHRET stated that she remembered this robbery because MITCHELL and ANDERSON allegedly borrowed RAGLAND's gun. Additionally, GEHRET stated that they (ANDERSON and MITCHELL) pointed out the Texaco station to her and indicated that they robbed the store. According to GEHRET, RAMSDELL stated that RAMSDELL drove ANDERSON and MITCHELL to and from the robbery.

27. **Palm City Auto Lube robbery**: GEHRET said that she was the driver for this robbery and that MITCHELL, RAMSDELL, ANDERSON, and TAYLOR each participated. GEHRET stated that RAGLAND did not participate. She previously stated that RAGLAND was in jail during this robbery, but she later recalled specific details about the robbery and stated that RAGLAND may not have been in jail. GEHRET stated that during this robbery, she drove RAMSDELL's car. GEHRET remembered the robbery because of the route they traveled to reach the store. GEHRET recalled driving Bridge Road to I-95 North, "the

-16-

way I drive to go to school [South Fork High School]." GEHRET remembered the exit being immediately after the exit for her school, driving down a long road, and then turning by the Turnpike. GEHRET stated that RAMSDELL and ANDERSON were present for the robbery and that they stayed in the car with GEHRET while MITCHELL and TAYLOR went inside and committed the robbery. GEHRET stated that upon leaving the store, TAYLOR might have thrown clothing out of the car window, but that she did not specifically recall any clothing being tossed.

28. **Island Beverage robbery**: GEHRET stated that RAGLAND and ANDERSON committed the robbery and utilized MITCHELL's father's red car. Additionally, GEHRET stated that MITCHELL would never allow anyone to drive the car so MITCHELL would have had to have been present for the robbery. GEHRET reiterated that RAGLAND, ANDERSON and MITCHELL were going to commit an armed robbery at a Bingo Hall. MITCHELL drove his father's red car for the robbery. GEHRET reiterated that the three decided against robbing the Bingo hall, and instead robbed the Island Beverage store. GEHRET did not recall being present for this robbery. SA Jester showed GEHRET still photos from the store surveillance video. The clothing depicted was the exact same as depicted in the Right Way Food robbery, which occurred three days prior. GEHRET said she believed RAGLAND and JAMES were depicted in the photos. She was certain JAMES was in the

back of the photograph and she believed either MITCHELL or RAGLAND carried the gun, as they each had the same build.

29.   **Right Way Food Store robbery**: SA Jester showed GEHRET a surveillance video from the Right Way Food Store robbery.   GEHRET identified RAGLAND as the individual with the gun and also positively identified his voice.   GEHRET said RAGLAND has a Jamaican accent.

30.   **Chevron Gas Station robbery**: SA Jester presented GEHRET with photos of the Chevron Gas Station robbery in Saint Lucie West. GEHRET stated that the hat and shoes recovered outside the store belonged to RAGLAND.   The Martin Luther King shirt worn by RAGLAND during the robbery belonged to TAYLOR.   GEHRET also positively RAGLAND as the person depicted in the store video still images.

31.   **Stop & Shop Food Store robbery**: GEHRET stated that she, JAMES and RAGLAND committed the robbery.   She stated that they drove a green Jeep Cherokee owned by SCHAAF.   GEHRET added that JAMES drove from Hobe Sound to the robbery location, and that she drove back to Hobe Sound after the robbery.   GEHRET recalled JAMES stopping at a gas station on a corner and telling RAGLAND to hit it, that RAGLAND got out of the vehicle but quickly returned stating that it was too hot and not a good place to hit.   JAMES then drove to the Stop and Shop where RAGLAND committed the robbery.   GEHRET got into the driver seat and drove away after

RAGLAND returned to the vehicle.  GEHRET stated that JAMES and RAGLAND tossed clothing from the vehicle.

32.  **Shell Gas Station robbery** (Stuart): SA Jester provided GEHRET with pictures of clothing that was discarded outside the Shell Gas Station after the robbery, that being a hat with eyes on the front and a polo shirt.  GEHRET identified the hat as belonging to RAGLAND and then said that RAGLAND had given the hat to RAMSDELL and TAYLOR.

33.  **Shell Gas Station robbery** (Ft. Pierce): SA Jester showed GEHRET photos depicting clothing discarded after this robbery. GEHRET stated that JAMES wore a white bandana and that the body of the person depicted in the photograph was possibly JAMES because of the muscular physique.  GEHRET added that JAMES always wore a white bandana in the robberies.

34.  GEHRET stated that none of the robberies was actually planned in advance.  GEHRET said that she and the others would get together after 10 p.m. and drive around looking for a good place to rob.  GEHRET said they would time the robbery just prior to the cash register being cleared out.  They would discuss the route in and out of the location, where to park, and they made sure no other cars were in the parking lot of the business.  GEHRET said that the robbers wore hats, all black clothing, and placed  bandanas over their faces.  GEHRET said she believed they all wore gloves. GEHRET stated that often one or two people went inside to commit

the robbery while everyone else waited in the car. GEHRET stated that during each robbery, at least one person had a gun, but that sometimes two people had guns. GEHRET admitted that they stole Newport cigarettes and that JAMES and MITCHELL possibly stole cigars. When they left the area after committing a robbery, some individuals threw some of their clothing out of the car window. This practice occurred every time GEHRET was present. GEHRET stated that she sometimes maintained possession of the small caliber handgun used to commit the robberies during the days in between the robberies. GEHRET also mentioned that MITCHELL had a large framed, black handgun, JAMES had a black gun, and TAYLOR had a metal color handgun. According to GEHRET, the people who went into the store and the driver of the vehicle would each get a portion of the proceeds. The most money she remembered being obtained from a single robbery was a "stack" or $1,000.00. GEHRET said RAGLAND never went inside a store with a loaded firearm. GEHRET added that the only JAMES and TAYLOR committed robberies using loaded firearms.

35. On Wednesday, January 14, 2009, SA Jester Detective Gerwan interviewed Michael RAGLAND. The interview took place at Mercer State Regional Correctional Facility located at 801 Butler Pike, Mercer, Pennsylvania. Prior to the interview, SA Jester provided RAGLAND a *Miranda* and Rights Waiver form. RAGLAND read the form and stated that he understood his rights. RAGLAND agreed to provide a sworn statement.

36.    SA Jester inquired about the attempted robbery of a Bingo hall.  RAGLAND stated that he never committed a Bingo hall robbery.  He said that he, ANDERSON and MITCHELL went to a Bingo hall but that there were too many old people.  RAGLAND said that he did not want any of the old people to have a heart attack and die. RAGLAND stated that instead of robbing the Bingo Hall, he, ANDERSON and MITCHELL robbed a store (later identified as Island Beverage) in Hobe Sound.

37.    RAGLAND admitted to having committed several robberies and added that GEHRET had nothing to do with them.  RAGLAND stated that no one got hurt in any of the robberies, nor did he try to hurt anyone.  RAGLAND stated that he needed to get money quickly to provide a home for GEHRET, who was kicked out of her parent's house.  RAGLAND said that he purposely did not carry a loaded gun to ensure that no one got hurt.  RAGLAND said that he never committed a robbery alone, but that he did commit at least two robberies where he was the sole person who actually went inside the store.  RAGLAND admitted that TAYLOR was with him during one robbery.  RAGLAND recalled that the robberies he committed began in December 2007.

38.    RAGLAND stated that the last robbery he committed in Florida was in Saint Lucie West (Chevron Gas Station).  He stated the victim's reaction really shook him up and still haunted him. RAGLAND stated that JAMES was driving and that GEHRET was not present for that robbery.

-21-

39.   RAGLAND recalled that he committed robberies in both Jupiter and Tequesta (A&M Discount Beverage and Stop & Shop respectively). RAGLAND mentioned that RAMSDELL and TAYLOR committed several robberies with RAGLAND.   RAGLAND stated that for the Jupiter robbery (A&M Discount Beverage), RAMSDELL and GEHRET were in the car with him.   RAGLAND added that RAMSDELL was driving her vehicle, a gold in color Ford Taurus.  With regard to the Tequesta robbery (Stop & Shop) RAGLAND stated that GEHRET and MITCHELL were with him and that he entered the store alone.   RAGLAND also stated that during this robbery they utilized a Jeep Cherokee.

40.   Regarding the Right Way Store robbery,  RAGLAND stated that "this is the first store I hit up."   RAGLAND recalled that he obtained approximately "a couple hundred [dollars]" from the store. RAGLAND stated that he did not ask for Newport cigarettes in this particular robbery.   RAGLAND emphatically stated that he never let anyone else bring a gun into a store during a robbery, as he "did not know what the next guy would do."   He stated that RAMSDELL drove and that he and TAYLOR went inside the store.   RAGLAND also remembered that the store had a parking lot area to the side, which is consistent with the store's description.

41.   Regarding the Shell Gas Station robbery,  RAGLAND stated that he remembered participating in that robbery.   RAGLAND stated that RAMSDELL drove, and that TAYLOR kept asking RAGLAND for the gun.   RAGLAND instructed TAYLOR to stay outside and watch as RAGLAND went inside and robbed the store.   RAGLAND said he

-22-

remembered asking the clerk for the money and that the clerk started to lie on the floor.  RAGLAND could not remember the full details of the robbery.  RAGLAND did, however, remember that the hat with the eyes on it and polo shirt were worn by someone during the robbery.  RAGLAND stated that he split the money from the robbery three ways, adding that he gave TAYLOR a larger portion because his girlfriend, RAMSDELL, drove.

42.  SA Jester showed RAGLAND a surveillance photo from the Texaco Gas Station robbery.  RAGLAND stated that ANDERSON and MITCHELL committed the robbery.

43.  SA Jester then provided RAGLAND photos from the Chevron Gas Station robbery in Saint Lucie West.  RAGLAND stated that JAMES was driving the rental car and that GEHRET was not present.  RAGLAND admitted going into the store alone.  RAGLAND added that it was the last robbery in Florida that he committed.  RAGLAND said seeing the lady [clerk] really "messed him up."  SA Jester showed RAGLAND photos of evidence recovered outside the store after the robbery and RAGLAND positively identified the clothing, hat, and shoes as his.

44.  SA Jester next showed RAGLAND photos from the store video of the A&M Discount Beverage robbery.  RAGLAND stated that the photograph should be him, but he could not identify what was in his hand.  RAGLAND also admitted that he got the white gloves he was wearing from ANDERSON.  RAGLAND later signed and dated the photograph stating that is was indeed him.

-23-

45.   SA Jester asked RAGLAND why they discarded the clothing used in the robberies.  RAGLAND stated that he did not want to keep the clothing from the robberies and subsequently threw the clothing out of the car.  RAGLAND admitted that he would use older clothing that he was going to throw away.  Additionally, RAGLAND stated that he brought a change of clothing with him in the car.

46.   RAGLAND positively identified the rip-away pants and slipper from the Tequesta robbery (Stop & Shop) as belonging to him.

47.   SA Jester showed RAGLAND a store video from the Right Way Food Store robbery.  SA Jester asked if the individual who went behind the counter was JAMES or TAYLOR.  SA Jester also stated that the gun used by RAGLAND was bigger than the 22-caliber gun he used in other robberies.  RAGLAND stated that he was the individual carrying the gun and that ANDERSON went inside with him.  RAGLAND stated that TAYLOR remained in the car with RAMSDELL.

48.   SA Jester next inquired about a robbery of a Bingo hall that ANDERSON may have mentioned to RAGLAND.  RAGLAND stated that we knew more stuff about RAGLAND than he knew about himself. RAGLAND stated that he never did a Bingo robbery that they went to a Bingo hall but that there were too many old people; RAGLAND said that he did not want any of the old people to have a heart attack and die.  RAGLAND stated that they robbed a store (later identified as Island Beverage) in Hobe Sound instead.  SA Jester pointed out that the clothing worn by the individuals in the Right Way Food

-24-

Store and the Island Beverage were the exact same. RAGLAND added that he and ANDERSON committed those robberies. RAGLAND remembered getting a stack ($1,000.00) and added that it was the most money he obtained from a robbery. RAGLAND stated the Island Beverage was the second robbery they (RAGLAND and ANDERSON) committed.

49. RAGLAND confirmed that he committed robberies with ANDERSON, TAYLOR, JAMES, and that GEHRET and RAMSDELL would drive. SA Jester asked RAGLAND if he would split the money from the robberies with all parties involved. RAGLAND replied that he "blessed everyone." RAGLAND added that he would keep enough to get by, but that he helped everyone out. Additionally, RAGLAND stated that when TAYLOR got "locked up" (January 31, 2008) that RAGLAND gave extra money from a robbery to RAMSDELL.

50. RAGLAND explained that he left his clothing with TAYLOR while serving time in Martin County Jail for a probation violation (December 26, 2007 – January 7, 2008)

51. RAGLAND also stated that the 22-caliber Taurus semi-automatic handgun he was caught with in Pennsylvania, he obtained from JAMES.

52. On Wednesday, March 4, 2009, SA Jester interviewed MITCHELL who is incarcerated in the South Florida Reception Center. SA Jester read MITCHELL his *Miranda* Warnings and MITCHELL agreed to provide a statement. MITCHELL initially denied being affiliated with the group but admitted knowing Michael RAGLAND, Amber GEHRET,

-25-

Matthew ANDERSON, Eliza RAMSDELL, Aaron TAYLOR, and Deshawn JAMES. MITCHELL then stated that he never participated in anything with the individuals other than buying drugs with them or giving them money to buy drugs.

53. As the interview progressed, MITCHELL admitted knowledge of several armed robberies that RAGLAND committed. In addition, MITCHELL stated that RAGLAND, TAYLOR and ANDERSON were the main players. He stated that RAMSDELL and GEHRET drove for several of the robberies and added that ANDERSON and RAGLAND took part in most of the robberies. MITCHELL began to describe the route to the Palm City Auto Lube, but then caught himself. MITCHELL stated that the store was over the bridge; after realizing he made the statement, MITCHELL ceased talking about that robbery. It should be noted that suspect #2 in that robbery was a black male, approximately 5'6" and that MITCHELL is 5'5".

54. MITCHELL stated that he knew of other robberies that occurred in Hobe Sound, East Stuart, and Palm City. MITCHELL described one robbery in Hobe Sound as being at an "Arab store" located near Gomez, then changed the location to the corner or Pettway and US-1. It should be noted that the Island Beverage is located near Gomez and Bridge Road in Hobe Sound, Florida.

55. Additionally, MITCHELL stated that ten (10) armed robberies was a low estimate as he thought there were many more.

56. SA Jester provided unnamed Driver's License photos of several of the aforementioned suspects, all of whom MITCHELL

-26-

identified by name.  SA Jester also provided MITCHELL photos from the robberies from which MITCHELL positively identified RAGLAND.

57.  MITCHELL confessed to driving to an attempted armed robbery of a Bingo hall located at Kanner Highway and SR-76 in Stuart, Florida.  MITCHELL stated that he drove his father's red Mazda, and that approximately halfway to the robbery, RAGLAND allegedly stated that they needed to go back and get the gun. MITCHELL claimed that he refused to get the gun, and he instead proceeded to deliver RAGLAND and ANDERSON to the Bingo hall to commit the robbery.  MITCHELL said that they did not commit the robbery at the Bingo hall because there were too many old people. MITCHELL then proceeded again to deny any other involvement in robberies.

58.  On Wednesday, December 31, 2008, SA Jester Detective Gerwan interviewed Christi SCHAAF.  SA Jester informed SCHAAF he was investigating a series of armed robberies and that he believed SCHAAF provided at least one (1) vehicle which was utilized during an armed robbery.  SCHAAF stated that she knew RAGLAND.  She admitted that she occasionally smoked marijuana with his girlfriend, GEHRET, and with him.  SCHAAF stated that she rented a car from Avis-Budget for RAGLAND and GEHRET to take a trip to Pennsylvania to visit family.  She stated that RAGLAND provided her approximately $500.00 cash, which she placed in her bank account to rent the vehicle.  SCHAAF allegedly provided her bankcard as a payment method.  SCHAAF admitted that she provided her information

-27-

to use, but that she never signed any paperwork for the rental. She believed that the vehicle was rented near Valentine's Day or shortly thereafter.

59. SA Jester asked SCHAAF if she ever owned a green Jeep Cherokee. SCHAAF stated that she did own such a vehicle, but that she sold the vehicle in 2008. SA Jester asked if she ever allowed RAGLAND or GEHRET to use the Jeep. SCHAAF stated that she might have let RAGLAND use the vehicle one time to move some furniture into his apartment. SCHAAF could not recall any other occasions and did not remember how long RAGLAND had possession of the vehicle.

60. On March 10, 2009, SA Jester interviewed Eliza RAMSDELL. The interview took place at the Stuart Police Department Criminal Investigations interview. RAMSDELL confirmed that she was present voluntarily and understood that she was free to leave at any time. It should be noted that SA Jester and Det. Gerwan picked up and drove RAMSDELL and her boyfriend, Kinte Rucker, to the SPD from their residence located at 1201 Palm Beach Road #B-204, Stuart, Florida.

61. RAMSDELL began by stating that she used to reside in Hobe Sound, specifically 9000 SE Hobe Ridge Avenue and Sandy Lane. RAMSDELL added that she lived with her boyfriend, Aaron TAYLOR "Boston". Ramsdell stated that she drove her mother's brown, four-door, Ford Taurus. RAMSDELL stated that she drove Michael RAGLAND and Matthew ANDERSON to several convenience stores; however, she

-28-

was adamant that she had no idea what they were doing inside the stores. Ramsdell confirmed that she drove RAGLAND, ANDERSON and TAYLOR to the Right Way Food Store located in Stuart, Florida. RAMSDELL stated that RAGLAND and ANDERSON entered the store. RAMSDELL again stated that she did not know they were going to commit an armed robbery.

62. SA Jester asked RAMSDELL why she parked the car in a certain way to try to hide the vehicle or for a quick exit. RAMSDELL could not explain and stated that she did not know what they were doing. SA Jester asked RAMSDELL if she drove the individuals to other convenience stores and named several stores, including the Shell Gas Station in Stuart, A & M Discount Beverage in Jupiter, and the Texaco in Hobe Sound. RAMSDELL replied that she did not recall. SA Jester asked if RAMSDELL was paid to drive for the robberies. Ramsdell claimed that she never received any money or cigarettes but added that she told RAGLAND after the Right Way robbery that RAGLAND should supply her gas money or a carton of cigarettes or something for her involvement. Throughout the interview, RAMSDELL minimized her involvement and denied knowledge of what RAGLAND and ANDERSON were doing inside the stores.

63. SA Jester showed Ramsdell unnamed driver's license photos of Anderson, Taylor, Ragland, Amber Gehret, Mitchell, and herself. Ramsdell identified everyone with the exception of Mitchell. She appeared upset scared as she spoke about both Mitchell and Ragland. Later in the interview, RAMSDELL mentioned that she knew Mitchell.

-29-

64.   RAMSDELL stated that TAYLOR was arrested in February 2008. Shortly after Ragland, Gehret and James' arrests in Pennsylvania, RAMSDELL moved to Mississippi. RAMSDELL also indicated that the Ford Taurus was repossessed and that she did not sell the vehicle. Additionally, RAMSDELL was visibly distraught and afraid of the individuals involved in the armed robberies and stated that she feared repercussion from them.

65.   SA Jester conducted a criminal history inquiry of RAGLAND and determined the following: On November 2, 2006 RAGLAND was arrested by the Martin County Sheriff's Office and later convicted for Failure to Appear [Possession of Paraphernalia]. On December 26, 2007, RAGLAND was arrested by the Martin County Sheriff's Office and later convicted for Violation of Probation [Possession of Paraphernalia]. On February 26, 2008, RAGLAND was arrested by the Quakertown Police Department for Robbery, Theft by Unlawful Taking, Carrying a Firearm without a License, Possessing Instrument of a Crime, Assault, Resisting Arrest, and Disorderly Conduct and later convicted of the Robbery. RAGLAND is currently serving a five year prison sentence.

66.   SA Jester conducted a criminal history inquiry of TAYLOR and determined the following: On August 12, 2000, TAYLOR was arrested by the Palm Beach County Sheriff's Office for Burglary and Vehicle Theft. On May 30, 2001, TAYLOR was arrested by the West Palm Beach Police Department and later convicted of Battery. On March 2, 2002, TAYLOR was arrested by the West Palm Beach Police Department and later convicted of a probation violation.  On June

14, 2003, TAYLOR was arrested by the West Palm Beach Police Department and later convicted of Carjacking without a Weapon (Robbery), and Grand Theft Auto. On March 5, 2004, TAYLOR was arrested by the West Palm Beach Police Department and later convicted of a probation violation. On October 4, 2004, TAYLOR was arrested by the Palm Beach County Sheriff's Office and later convicted of a probation violation, Possession of Marijuana under 20 grams, and Possession of Narcotic Equipment. On August 15, 2007, TAYLOR was arrested by the Martin County Sheriff's Office for Battery.  On January 31, 2008, TAYLOR was arrested by the Palm Beach Gardens Police Department for Grand Theft.  On October 6, 2008, TAYLOR was arrested by the West Palm Beach Police Department for Resisting Officer without Violence, Fraud, and an out of county warrant.  On December 23, 2008, TAYLOR was arrested by the Martin County Sheriff's Office on an out of county warrant for DWLS.

67.    SA Jester conducted a criminal history inquiry of RAMSDELL and determined the following: On November 30, 2007, RAMSDELL was arrested by the Martin County Sheriff's Office and later convicted of Violation of Probation (Possession of Marijuana).

68.    SA Jester conducted a criminal history inquiry of JAMES and determined the following **JUVENILE HISTORY**: On July 14, 2007, JAMES was arrested by the Jupiter Police Department and later convicted of 5 counts of Burglary, 4 counts of Grand Theft, and one count of Petit Theft. On September 16, 2005, JAMES was arrested by the Martin County Sheriff's Office and later convicted of

-31-

Interference of a School Administrative Function. **ADULT HISTORY**: On February 26, 2008, JAMES was arrested by the Quakertown Police Department and later convicted of Robbery, Theft by Unlawful Taking, four counts of Violation of Drug Act, and Disorderly Conduct.

69. SA Jester conducted a criminal history inquiry of MITCHELL and determined the following: On May 11, 2001, MITCHELL was arrested by the Martin County Sheriff's Office and later convicted of Uttering and Forgery. On July 20, 2001, MITCHELL was arrested by the Martin County Sheriff's Office and later convicted of Battery on a Firefighter and Possession of Marijuana Less Than 20 grams. On September 10, 2001, MITCHELL was arrested by the Martin County Sheriff's Office and later convicted of violation of probation. On March 24, 2003, MITCHELL was arrested by the Martin County Sheriff's Office for Possession of Cocaine, Possession of Marijuana less than 20 grams, Possession of Alcohol by a Minor, and Possession of Paraphernalia. On June 9, 2003, MITCHELL was arrested by the Martin County Sheriff's Office for Trafficking Cocaine, Possession of Marijuana less than 20 grams, and Possession of Paraphernalia. On June 12, 2008, MITCHELL was arrested by the Martin County Sheriff's Office and later convicted of Possession of Marijuana with Intent to Sell.

70. Based on the information presented in this affidavit, I believe that Michael RAGLAND, Deshawn JAMES, Matthew ANDERSON, Dewayne MITCHELL, Eliza RAMSDELL and Aaron TAYLOR have committed the following offenses:

    a.    Violation of Title 18, U.S.C. Section 1951, unlawfully obstructing, delaying, and affecting interstate commerce by robbery; and

    b.    Violation of Title 18, U.S.C. Section 924(c)(1), using and carrying a firearm during and in relation to a crime of violence.

Your affiant further sayeth naught.


3/16/2009
Date

Eric Jester
Special Agent
Florida Department of Law Enforcement


Sworn and subscribed to before me this ____ day of March 2009.


Frank J. Lynch, Jr.
United States Magistrate Judge


-33-