UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-14016-CR-MOORE

UNITED STATES OF AMERICA,

    Plaintiff(s),

vs.

MICHAEL SHANE RAGLAND,

    Defendant(s).
_____/

SENTENCING MINUTES
March 1, 2010
TIME: 1 Hour

| | |
|---|---|
| Clerk: | Robin Godwin |
| Reporter: | Victoria Aiello, Official Reporting Service |
| AUSA: | Rinku Tribuiani |
| Deft. Counsel: | Peter T. Patanzo |

### JUDGMENT AND SENTENCE

Imprisonment: **2,352 Months**. This term consist of 168 Months as to each of Counts 1, 2, 4, 8, 9, 11, 15, 17, 19 and 21, to be served concurrently with each other and concurrent to the undischarged term of imprisonment in Bucks County, Pennsylvania, Case No CP 09-2832-2008. A term of 84 Months as to Count Three shall run consecutive to the terms of imprisonment imposed in Counts 1, 2, 4, 8, 9, 11, 15, 17, 19 and 21, and Bucks County, Pennsylvania, Case No CP 09-2832-2008, a term of 300 months as to Count Five shall run consecutive to the term of imprisonment imposed in Count Three, a term of 300 Months as to Count Ten shall run consecutive to the term imposed in Count Five, a term of 300 months as to Count 12 shall run consecutive to the term imposed in Count Ten, a term of 300 months as to Count 16 shall run consecutive to the term imposed in Count 12, a term of 300 months as to Count 18 shall run consecutive to the term imposed in Count 16, a term of 300 months as to Count 20 shall run consecutive to the term imposed in Count 18, and a term of 300 months as to Count 22 shall run consecutive to the term of imprisonment imposed in Count 20.

Supervised Release: **3Years**. This term consists of three years as to Counts One through Five, Eight through 12 and 15 through 22, all such terms to run concurrently; special conditions as set forth in Part G of the Pre-Sentence Investigation Report.

Assessment $ 1,800.00
Fine $_____
Restitution: $ undetermined; Restitution Hearing scheduled for 5/17/10 at 10:30 a.m.

Remanded to U. S. Marshal

Requests for Recommendation:_____
_____
_____